<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7217

BANORO GARRETT,

Plaintiff - Appellant,

versus

DIVERSIFIED INDUSTRIAL CONCEPTS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (CA-04-426-2)

Submitted:  March 28, 2005          Decided:  April 15, 2005

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Banoro Garrett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Banoro Garrett appeals the district court's order dismissing as frivolous his civil action filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e-17 (2000), and construed as a 42 U.S.C. § 1983 (2000) action by the district court. We have carefully reviewed the record and find no indication that Garrett intended his action to be filed under 42 U.S.C. § 1983, or that it was appropriate to construe it as such.

Accordingly, we vacate the district court's order and remand for further proceedings consistent with a Title VII complaint. We grant Garrett's motion to proceed on appeal in forma pauperis and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED